# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

JEFFREY SCOTT HANCOCK, :
AIS 193290,
:
    Petitioner,
:
vs.                                CA 07-0076-KD-C
:
JOHN F. CUMMINS,
:
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 30, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 28th day of September, 2007.

                                       s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**